**Judge Pauley**                                                  **07 CV 6383**

284-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
RODINO SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

JUL 12 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   07 CIV _____ (     )
RODINO SHIPPING CO. LTD.,
                                                                     **RULE 7.1 STATEMENT**
                          Plaintiff,

          - against --

UNICORN STEEL FZE, KREMIKOVTZI TRADE
EOOD, a/k/a KREMIKOVTZI TRADE LTD. and
KREMIKOVTZI AD, a/k/a KREMIKOVTZI CORP.,
                          Defendant.
-----------------------------------------------------------------x

RODINO SHIPPING CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       July 12, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                RODINO SHIPPING CO. LTD.

           By:                  _____
                                Michael E. Unger (MU 0045)
                                Manuel A. Molina (MM 1017)
                                80 Pine Street
                                New York, NY 10005
                                (212) 425-1900
                                (212) 425-1901 fax

NYDOCS1/286710.1