GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI*
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*†△
JILL A. TAFT

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
◊ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

September 28, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

Our Ref: 284-07/MEU/MAM

**BY HAND DELIVERY**
Hon. William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

MEMO ENDORSED

RE:   RODINO SHIPPING CO. LTD. v. UNICORN STEEL FZE,
      07 CV 6383 (WHP)

Dear Judge Pauley,

We are the attorneys for Plaintiff Rodino Shipping in the above action in which the Court has scheduled an initial pre-trial conference for October 5, 2007 at 9:45 AM. We are advised that the parties have tentatively agreed to a settlement the terms of which should be finalized sometime next week with settlement funds to be paid by the end of October. Accordingly, we request the Court to adjourn the conference for a period of sixty (60) days pending completion of the settlement and submission of a notice of voluntary discontinuance.

We thank the Court for its courtesy and consideration to this request.

*Application granted*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
10/3/07

Respectfully yours,
FREEHILL, HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

*The conference is adjourned to December 7, 2007 at 10:15 a.m.*

NYDOCS1/291082.1