USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

284-07/MEU/MAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RODINO SHIPPING CO. LTD.,

                         Plaintiff,           07-Civ-6383 (WHP)

  - against –

UNICORN STEEL FZE, KREMIKOVTZI TRADE       **ORDER DIRECTING**
EOOD, a/k/a KREMIKOVTZI TRADE LTD. and       **RELEASE OF FUNDS**
KREMIKOVTZI AD, a/k/a KREMIKOVTZI CORP.,

                        Defendants.
------------------------------------------------------------x

This maritime attachment action under Supplemental Admiralty Rule B having been filed against Defendants on July 12, 2007; and Defendants not having answered or appeared herein; and the Court having been advised that the parties have reached a partial settlement of the claims asserted herein;

**IT IS HEREBY ORDERED** that in accordance with the agreement of the parties, garnishee American Express Bank is directed to remit the sum of $94,500 to Plaintiff in partial satisfaction of the debt owed by Defendants in the principle sum of $483,306.39 pursuant to the wire transfer instructions set forth below:

| | |
|---|---|
| Plaintiff's Bankers: | ABN AMRO BANK |
| | 348 SYNGROU AVENUE |
| | 176 74 ATHENS |
| | GREECE |
| SWIFT: | ABNAGRAP |
| IBAN NO: | GR40 0601 0950 0000 0000 0623 318 |
| BENEFICIARY: | RODINO SHIPPING COMPANY LIMITED |
| BENEFICIARY'S A/C: | 095/00.06.23.318 USD |
| NY COVER: | ABN AMRO BANK |

NYDOCS1/293563.1

SWIFT: ABNAUS33
ABA: 026009580

**AND IT IS HEREBY FURTHER ORDERED** that this action remain active pending further Order of this Court.

Dated: New York, New York
~~November 12,~~ 2007
Nov. 13

_____
Hon. William H. Pauley III
U.S.D.J.