```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RODINO SHIPPING COMPANY LTD.           :

                Plaintiff,           :

     -against-                              :

UNICORN STEEL FZE ET AL.,              :

                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6383 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        A status conference shall take place January 11, 2008 at 10:00 a.m.

Dated: December 7, 2007
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*