```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RODINO SHIPPING COMPANY LTD.        :

                    Plaintiff,        :

         -against-        :

UNICORN STEEL FZE ET AL.,        :

                    Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6383 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

      A status conference shall take place May 16, 2008 at 10:00 a.m.

Dated: January 11, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*