```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RODINO SHIPPING COMPANY LTD.         :

              Plaintiff,           :

      -against-                     :

UNICORN STEEL FZE ET AL.,            :

             Defendants.          :
------------------------------------X

07 Civ. 6383 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having appeared for a conference on May 16, 2008, the following schedule is established:

1. Plaintiff shall serve and file a motion for recognition of a foreign judgment by June 20, 2008;

2. Defendants shall serve and file their opposition by July 15, 2008;

3. Plaintiff shall serve and file any reply by July 25, 2008; and

4. Oral argument shall be held August 1, 2008 at 10:00 a.m.

Dated: May 16, 2008
       New York, New York

                       SO ORDERED:

                       _____
                       WILLIAM H. PAULEY III
                       U.S.D.J.

*Counsel of Record:*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*