**LAW OFFICES OF**
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

June 19, 2008

**MEMO ENDORSED**

Our Ref.: 284-07/MEU/MAM

Application granted
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/19/08

VIA FACSIMILE (212) 805-6390
The Honorable William H. Pauley, III
United States District Court Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2210
New York, NY 10007

RE:   Rodino Shipping Co. Ltd. v. Unicorn Steel FZE, et.al., 07 CV 6383 (WHP)

Dear Judge Pauley,

We are the attorneys for Plaintiff in the above Rule B attachment action. We write to respectfully request an extension to the deadline within which Plaintiff must file its motion to recognize and enforce an Arbitration Award and Foreign Money Judgment against Defendants. This is our first request for an extension. None of the Defendants have appeared in this action.

During the May 16, 2008 status conference, we informed the Court that Plaintiff had obtained a favorable Award and Judgment against Defendants and that it was in the process of working with an investigator to gather evidence in support of its a motion to recognize and enforce the Award and Judgment. The Court instructed that Plaintiff file its motion by Friday, June 20, 2008. Plaintiff has been informed that its investigator is presently traveling and thus unable to finalize his Declaration which contains evidence obtained during his investigation in support of Plaintiff's motion. Accordingly, we respectfully request that the deadline within which Plaintiff must file its motion be extended to Wednesday, June 25, 2008, by which time Plaintiff expects it will be able to obtain the finalized Declaration from the investigator.

We thank the Court for its courtesy and consideration.

Respectfully yours,
FREEHILL, HOGAN & MAHAR LLP

Michael E. Unger

NYDOCS1/307073.1