USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RODINO SHIPPING COMPANY LTD.          :

                Plaintiff,     :

     -against-                       :

UNICORN STEEL FZE ET AL.,             :

               Defendants.    :
------------------------------------X

07 Civ. 6383 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       A status conference shall take place July 10, 2008 at 11:30 a.m.

Dated: June 26, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*