```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RODINO SHIPPING COMPANY LTD.          :
               Plaintiff,   :    07 Civ. 6383 (WHP)
                            :    SCHEDULING ORDER
      -against-                       :

UNICORN STEEL FZE ET AL.,             :

              Defendants.   :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        A status conference shall take place December 19, 2008 at 11:00 a.m. This Court's Scheduling Order dated May 16, 2008 granting Plaintiff's application to file a motion for recognition of a foreign judgment is stricken.

Dated: July 11, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record:*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*